**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 CASE NO. |
| | * | |
| KEVIN WILLIAMSON, | * | 12-4628-PMG |
| DARLENE WILLIAMSON, | * | |
| | * | |
| DEBTORS. | * | |
| _____ | * | |
| | * | |
| | * | |
| | * | ADVERSARY |
| KEVIN WILLIAMSON, | * | |
| DARLENE WILLIAMSON, | * | |
| | * | PROCEEDING NO. |
| PLAINTIFFS, | * | |
| | * | |
| VS. | * | |
| | * | |
| | * | |
| CITIMORTGAGE, INC., | * | |
| | * | |
| DEFENDANT. | * | |

**COMPLAINT TO DETERMINE SECURED STATUS OF CREDITOR**

  COME NOW Debtors and file this Complaint to Determine the Secured Status of Creditor against CitiMortgage, Inc. and in support thereof states as follows:

  1.  Debtors filed a petition for relief under Chapter 13 of Title 11 of the U.S.C. on July 16, 2012.

  2.  CitiMortgage, Inc. is subject to the jurisdiction of this Court.

  3.  This is a core proceeding within the meaning of 28 U.S.C. Section 157.

  4.  This is an action to determine the secured status of Defendant pursuant to 11 U.S.C. Section 506 (a) and Section 1322(b)(2) and F.R.B.P. 7001.

5. The Debtors' homestead property is located at 14779 Amelia View Drive, Jacksonville, FL 32226-4451.

6. The homestead property is encumbered by a valid first mortgage held by CitiMortgage, Inc. in the approximate amount of $383,443.00.

7. An appraisal report by Jeff Henderson of Henderson Appraisal Group states, in effect, that the homestead property has an appraised value of $300,000.00.  A copy of said report is attached and made a part hereof as Exhibit "A".

8. Defendant holds a second mortgage on the homestead property in the approximate amount of $24,733.00.

9. Since the amount owed by the Debtors on the first mortgage is greater than the value of the homestead property according to the attached report, Defendants' second mortgage is wholly unsecured.

10. Pursuant to 11 U.S.C. Section 506(a) and Section 1322(b)(2), any claim of a creditor holding a wholly unsecured mortgage on a debtor's homestead property shall be allowed only as a general unsecured claim, and any lien junior to that of the first mortgage asserted by Defendant should be stripped off the debtors' homestead property.

WHEREFORE, Debtors pray as follows:

(a) That a hearing be scheduled and a summons issued as provided by law;

(b) That the second mortgage of Defendant on debtors' homestead property be adjudged wholly unsecured;

    (c)    That the lien on debtors' homestead property arising from the second mortgage be stripped off the property;

    (d)    That the Defendant's claim be allowed as a general unsecured claim; and

    (e)    For such other and further relief as the Court deems necessary and proper.

RESPECTFULLY SUBMITTED this 1st day of October, 2012.

KING & DOLAGHAN, P.A.

/s/ T. Eileen Dolaghan
T. Eileen Dolaghan
Florida Bar No. 193844
Attorney for Debtors/Plaintiffs
2219 Park Street
Jacksonville, FL 32204
(904) 387-9886
(904) 387-9862 (fax)
edolaghan@msn.com

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 120908

## SUBJECT

| | |
|---|---|
| Property Address | 14779 Amelia View Drive |
| City | Jacksonville |
| State | FL |
| Zip Code | 32226-4451 |
| Legal Description | Lot 86, Unit 1, Amelia View, PB. 54, Pg. 37; |
| County | Duval |
| Assessor's Parcel No. | 108422-6190 |
| Tax Year | 11 |
| R.E. Taxes $ | 4,208.86 |
| Special Assessments $ | 0.00 |
| Borrower | N/A |
| Current Owner | Kevin Williamson |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant |
| Property rights appraised | ☒ Fee Simple ☐ Leasehold |
| Project Type | ☒ PUD ☐ Condominium (HUD/VA only) |
| HOA $ | 60 /Mo. |
| Neighborhood or Project Name | Amelia View/Northside |
| Map Reference | 7213 |
| Census Tract | 010102 |
| Sale Price $ | N/A |
| Date of Sale | N/A |
| Description and $ amount of loan charges/concessions to be paid by seller | Typical |
| Lender/Client | Kevin Williamson |
| Address | |
| Appraiser | Jeff Henderson |
| Address | 2950 Halcyon Lane Unit 702, Jacksonville, Fl 32223 |

## NEIGHBORHOOD

| Location | ☐ Urban ☒ Suburban ☐ Rural |
| Built up | ☐ Over 75% ☒ 25-75% ☐ Under 25% |
| Growth rate | ☐ Rapid ☐ Stable ☒ Slow |
| Property values | ☒ Increasing ☒ Stable ☐ Declining |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply |
| Marketing time | ☐ Under 3 mos. ☐ 3-6 mos. ☒ Over 6 mos. |

Predominant occupancy: ☒ Owner ☐ Tenant ☒ Vacant (0-5%) ☐ Vac.(over 5%)

Single family housing:
- PRICE $(000): 60 Low, 450 High, 250 Predominant
- AGE (yrs): 0 Low, 50 High, 8-10-5 Predominant

Present land use %: One family 80, 2-4 family, Multi-family, Commercial, Vacant 20

Land use change: ☐ Not likely ☐ Likely ☒ In process
To: Vacant to SFDs

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: I-95 on the west, Duval County line to the north, St.Johns River on the south and Intracoastal waterway on the east.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): The Subject is located on the northside and northeast of the airport north approx. 2 miles south of the Nassau-Duval County line. The Subject is located within a PUD that was developed around 2002. Most of the homes are contemporary and 2-story homes. There are some sites on the Nassau River and home sites on the marsh/wetlands. No adverse neighborhood factors were noted.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Market conditions continue to be slow over the last 12 months, however market activity has increased from 2011. There are distressed properties in Subject' market both sales and listings. Distressed sales are in all markets. None were used in this valuation. Values are bouncing along the bottom over the last 12 months and this trend is likely to continue throughout the remainder of 2012.

## PUD

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☒ No
Approximate total number of units in the subject project +/- 285  Approximate total number of units for sale in the subject project 8 per MLS
Describe common elements and recreational facilities: pool, park, clubhouse, community boat ramp, signage, ponds;

## SITE

| Dimensions | 199.97x209.31x158.78x80.5x121.47 | No survey provided | Topography | 1'-2' above grade |
| Site area | 0.92 Acre | Corner Lot ☐ Yes ☒ No | Size | Typical for S/D |
| Specific zoning classification and description | RLD-100A Residential Low Density | | Shape | Rectangular |
| Zoning compliance | ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | Appears adequate |
| Highest & best use as improved: | ☒ Present use ☐ Other use (explain) | | View | Interior |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | ☐ | Landscaping | Typical/Good | |
| Gas | ☐ | | Curb/gutter | Concrete Curbs | ☒ | ☐ | Driveway Surface | Concrete | |
| Water | ☒ | | Sidewalk | Concrete | ☒ | ☐ | Apparent easements | Normal Utility | |
| Sanitary sewer | ☒ | | Street lights | Overhead | ☒ | ☐ | FEMA Special Flood Hazard Area | ☐ Yes ☒ No | |
| Storm sewer | ☐ | | Alley | None | ☐ | ☐ | FEMA Zone X  Map Date 8-15-89 | | |
| | | | | | | | FEMA Map No. 120077 0176E | | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): No adverse easements, encroachments or site factors noted.

## DESCRIPTION OF IMPROVEMENTS

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | One | Foundation | Reinf.Concrete | Slab | Yes | Area Sq. Ft. | N/A | Roof | ☐ |
| No. of Stories | 1.5 Story | Exterior Walls | Stucco | Crawl Space | No | % Finished | N/A | Ceiling | ☒ |
| Type (Det./Att.) | Detached | Roof Surface | Fib.Shingle | Basement | None | Ceiling | N/A | Walls | ☒ |
| Design (Style) | 1.5 Story | Gutters & Dwnspts. | Partial | Sump Pump | N/A | Walls | N/A | Floor | ☐ |
| Existing/Proposed | Yes/No | Window Type | S/H Alum. | Dampness | None Noted. | Floor | N/A | None | ☐ |
| Age (Yrs.) | 8 | Storm/Screens | Screens | Settlement | None Noted | Outside Entry | N/A | Unknown | ☐ |
| Effective Age (Yrs.) | 8 | Manufactured House | No | Infestation | None Noted | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | N/A |
| Level 1 | x | 1 | 1 | 1 | Office | 1 | | 1 | 2.0 | 1 | | 2,310 |
| Level 2 | | | | | | | | 3 | 1.0 | | | 994 |
| Level 3 | | | | | | | | | | | | |

Finished area above grade contains: 10 Rooms; 4 Bedroom(s); 3 Bath(s); 3,304 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | 3-Garage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | HW/Carpet/Gd-Avg. | Type | 2 HPs | Refrigerator | ☒ | None | ☐ | Fireplace(s) # 1 | ☒ | None | ☐ |
| Walls | DW/Ab.Average | Fuel | Elec. | Range/Oven | ☒ | Stairs | ☐ | Patio Screen | ☒ | Garage | # of cars |
| Trim/Finish | Wood/Ab.Average | Condition | Average | Disposal | ☒ | Drop Stair | ☒ | Deck | ☐ | Attached | 3-Garage |
| Bath Floor | C.Tile/Average | COOLING | Yes | Dishwasher | ☒ | Scuttle | ☐ | Porch Screen | ☒ | Detached | |
| Bath Wainscot | C.Tile/Average | Central | Yes | Fan/Hood | ☒ | Floor | ☐ | Fence | | Built-In | |
| Doors | Wood/hollow | Other | N/A | Microwave | ☒ | Heated | ☐ | Pool | | Carport | |
| core/solid core/Ab.Average | | Condition | Average | Washer/Dryer | ☐ | Finished | ☐ | Sprinklers | ☒ | Driveway | 3-Car |

## COMMENTS

Additional features (special energy efficient items, etc.): Front covered entry, rear screen porch, rear screen patio, sprinkler system, hardwood floors, 2 full baths on 1st floor, formica kitchen counters;

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: Subject was built in 2004 and is in above average condition. Typical physical depreciation taken. No functional or external obsolescence noted.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: None noted.

## UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 120908

**Valuation Section**

### COST APPROACH

ESTIMATED SITE VALUE ............................................. = $ _____
ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS:
Dwelling  3,304  Sq. Ft. @ $ _____ = $ _____
_____  Sq. Ft. @ $ _____ = _____
                                        = _____
Garage/Carport  704  Sq. Ft. @ $ _____ = _____
Total Estimated Cost New                  = $ _____
Less   Physical   Functional   External
Depreciation _____ _____ _____ = $ _____
Depreciated Value of Improvements ............................ = $ _____
"As-is" Value of Site Improvements ............................ = $ _____
INDICATED VALUE BY COST APPROACH ............................ = $ _____

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): COST APPROACH not developed. If COST APPROACH was developed it would have been given no consideration. FNMA no longer requires this approach as of 1/06.

### SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 14779 Amelia View Drive Jacksonville, FL 32226 | 2974 Amelia Bluff Drive Jacksonville, FL 32226 | | 14540 Amelia Cove Drive Jacksonville, FL 32226 | | 14725 Nassau Sound Drive Jacksonville, FL 32226 | |
| Proximity to Subject | | 0.22 miles SW | | 0.52 miles W | | 0.12 miles SW | |
| Sales Price | $ N/A | $ 292,500 | | $ 325,000 | | $ 270,000 | |
| Price/Gross Living Area | $ | $ 98.35 | | $ 105.11 | | $ 91.09 | |
| Data and/or Verification Source | Inspection Tax Records | MLS 596607 DOM-3 Tax Records | | MLS 597894 DOM-151 Tax Records | | MLS 596603 DOM-184 Tax Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | Conv. None Known | | VA Seller pd $6.5K | -6,500 | Cash None Known | |
| Date of Sale/Time | | 11/4/11 | | 3/19/12 | | 5/15/12 | |
| Location | Gd/Amelia View | Same PUD | | Same PUD | | Same PUD | |
| Leasehold/Fee Simple | Fee | Fee | | Fee | | Fee | |
| Site | 0.92 Acre | *1.15 Acres | | *0.51 Acre | | 0.50 Acre | -10,000 |
| View | Interior | *Pond/Preserve | | *Preserve | | Interior | |
| Design and Appeal | 1.5 Story | 1.5 Story | | 1.5 Story | | Contemporary | |
| Quality of Construction | Stucco | Stucco | | Stucco | | Stucco | |
| Age | 8 | 9 | | 6 | | 8 | |
| Condition | Above Average | Similar | | Good/Superior | -7,500 | Similar | |
| Above Grade Room Count | Total 10 / Bdrms 4 / Baths 3 | Total 10 / Bdrms 5 / Baths 4.0 | -5,000 | Total 10 / Bdrms 5 / Baths 4.0 | -5,000 | Total 9 / Bdrms 4 / Baths 3.0 | |
| Gross Living Area | 3,304 Sq. Ft. | 2,974 Sq. Ft. | +13,200 | 3,092 Sq. Ft. | +8,480 | 2,964 Sq. Ft. | +13,600 |
| Basement & Finished Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Typical | Similar | | Similar | | Similar | |
| Heating/Cooling | CH/AC | CH/AC | | CH/AC | | CH/AC | |
| Energy Efficient Items | HP/Thermals | Similar | | Similar | | Similar | |
| Garage/Carport | 3-Garage | 3-Garage | | 3-Garage | | 3-Garage | |
| Porch, Patio, Deck, Fireplace(s), etc. | Scn. Porch/Spsy Fireplace | Inferior Fireplace | +5,000 | Similar Fireplace | | Similar Fireplace | |
| Fence, Pool, etc. | None | None | | None | | None | |
| Int/Kitchen extras | Interior Upgrades | Inferior | -5,000 | Superior | -10,000 | Similar | |
| Net Adj. (total) | | ☒+ ☐− | $ 8,200 | ☐+ ☒− | $ -20,520 | ☒+ ☐− | $ 3,600 |
| Adjusted Sales Price of Comparable | | | $ 300,700 | | $ 304,480 | | $ 273,600 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): All sales are from Subject's PUD and all closed within the last 12 months. All sales are 4 or 5 bedroom homes. None of the above 3 sales were distressed properties. There are a significant number of distressed sales in Subject's PUD.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | None in the last 3 years | None in the last year. Tax Records | None in the last year. Tax Records | None in the last year. Tax Records |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The Subject had not sold within the last 3 years. None of the sales have a recorded deed within the year of the dates listed in the above grid.

INDICATED VALUE BY SALES COMPARISON APPROACH ............................................. $ 300,000
INDICATED VALUE BY INCOME APPROACH (if Applicable)  Estimated Market Rent $ __N/A__ /Mo. x Gross Rent Multiplier _____ = $ N/A

### RECONCILIATION

This appraisal is made  ☒ "as is"   ☐ subject to the repairs, alterations, inspections or conditions listed below   ☐ subject to completion per plans & specifications.
Conditions of Appraisal: As certified herein and on attached FNMA/FHLMC certification and statement of limiting conditions. Client is the homeowner and no others. Purpose of this report is to give an opinion of value for bankruptcy proceedings.
Final Reconciliation: The Market Approach to value is afforded the most weight as it reflects the actions and reactions of buyers and sellers in the current market place. The Cost Approach was not developed and if developed would have been given no consideration.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised  6/93  ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF  9/21/12
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE  $ 300,000

APPRAISER: Jeff Henderson, SRA
Signature: /s/ Jeff Henderson
Name: Jeff Henderson
Date Report Signed: 9/27/12
State Certification #: St.Cert.Res.REA/RD451    State: FL
Or State License #: _____  State: _____

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature: _____
Name: _____
Date Report Signed: _____
State Certification #: _____  State: _____
Or State License #: _____  State: _____
☐ Did  ☐ Did Not Inspect Property

## Subject Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 14779 Amelia View Drive |
| City | Jacksonville    County  Duval    State  FL    Zip Code  32226-4451 |
| Lender | Kevin Williamson |



**Subject Front**

14779 Amelia View Drive
Sales Price        N/A
Gross Living Area  3,304
Total Rooms        10
Total Bedrooms     4
Total Bathrooms    3
Location           Gd/Amelia View
View               Interior
Site               0.92 Acre
Quality            Stucco
Age                8



**Subject Rear**



**Subject Street**

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 14779 Amelia View Drive |
| City | Jacksonville    County  Duval    State  FL    Zip Code  32226-4451 |
| Lender | Kevin Williamson |



### Comparable 1

2974 Amelia Bluff Drive

| | |
|---|---|
| Prox. to Subject | 0.22 miles SW |
| Sale Price | 292,500 |
| Gross Living Area | 2,974 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Same PUD |
| View | *Pond/Preserve |
| Site | *1.15 Acres |
| Quality | Stucco |
| Age | 9 |



### Comparable 2

14540 Amelia Cove Drive

| | |
|---|---|
| Prox. to Subject | 0.52 miles W |
| Sale Price | 325,000 |
| Gross Living Area | 3,092 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 4.0 |
| Location | Same PUD |
| View | *Preserve |
| Site | *0.51 Acre |
| Quality | Stucco |
| Age | 6 |



### Comparable 3

14725 Nassau Sound Drive

| | |
|---|---|
| Prox. to Subject | 0.12 miles SW |
| Sale Price | 270,000 |
| Gross Living Area | 2,964 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | Same PUD |
| View | Interior |
| Site | 0.50 Acre |
| Quality | Stucco |
| Age | 8 |

## Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 14779 Amelia View Drive |
| City | Jacksonville |
| County | Duval |
| State | FL |
| Zip Code | 32226-4451 |
| Lender | Kevin Williamson |



Sketch by Apex IV™

Comments:

```
AREA CALCULATIONS SUMMARY
Code   Description      Net Size    Net Totals
GLA1   First Floor      2309.8      2309.8
GLA2   Second Floor      993.8       993.8
P/P    Porch             244.9       244.9
GAR    Garage            703.7       703.7




         Net LIVABLE Area       (Rounded)    3304
```

```
LIVING AREA BREAKDOWN
     Breakdown                 Subtotals
First Floor
        14.8  x   53.4           790.3
 0.5 x   3.0  x    3.0             4.5
         3.0  x   24.8            74.4
         8.0  x   19.8           158.4
        25.7  x   27.8           714.5
         5.3  x   15.7            83.2
         2.5  x    9.0            22.5
         7.2  x    7.7            55.4
         5.6  x   35.0           196.0
         6.4  x   32.9           210.6
Second Floor
        13.0  x   13.8           179.4
         7.1  x    7.8            55.4
         4.0  x    4.0            16.0
        14.0  x   32.0           448.0
        11.5  x   22.0           253.0
         4.0  x   10.5            42.0

16 Items                (Rounded)    3304
```

## Location Map

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | N/A | | | | |
| Property Address | 14779 Amelia View Drive | | | | |
| City | Jacksonville | County | Duval | State FL | Zip Code 32226-4451 |
| Lender | Kevin Williamson | | | | |



| | | |
|---|---|---|
| Borrower/Client | N/A | File No. 120908 |
| Property Address | 14779 Amelia View Drive | |
| City  Jacksonville | County  Duval | State  FL   Zip Code  32226-4451 |
| Lender | Kevin Williamson | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ Self Contained   (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Summary   (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Use   (A written report prepared under Standards Rule 2-2(c), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
— Unless otherwise indicated, I have performed no services regarding the subject property within the prior three years, as an appraiser or in any other capacity.

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature: *[signed]*
Name:  Jeff Henderson
Designation:  SRA
Date Signed:  9/27/12
State Certification #:  St.Cert.Res.REA/RD451
or State License #:
State:  FL
Expiration Date of Certification or License:  11/30/2012

Effective Date of Appraisal:  9/21/12

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Designation:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior

| Client: | Kevin Williamson | Client File #: | |
|---|---|---|---|
| Subject Property: | 14779 Amelia View Drive, Jacksonville, FL 32226-4451 | Appraisal File #: | 120908 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.
- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, having responsible ownership and competent management.
- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.
- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.
- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, we have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. We will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.
- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.
- The Client is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.
- A true and complete copy of this report contains _____ pages including exhibits which are considered an integral part of the report. The appraisal report may not be properly understood without access to the entire report.
- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

## VALUE DEFINITION

☒ Market Value Definition (below)     ☐ Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: *The Dictionary of Real Estate Appraisal*, 4th ed., Appraisal Institute

* NOTICE:   The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

AI Reports® AI-900.03 Assumptions and Limiting Conditions/Certification          © Appraisal Institute 2008, All Rights Reserved          December 2008

Form AI9003 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Client: | Kevin Williamson | Client File #: | |
|---|---|---|---|
| Subject Property: | 14779 Amelia View Drive, Jacksonville, FL 32226-4451 | Appraisal File #: | 120908 |

## APPRAISER CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.
- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the use of this appraisal.
- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

  ☒ None    ☐ Name(s) _____

  As previously identified in the Scope Of Work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as follows:

  **Property inspected by Appraiser**     ☒ Yes    ☐ No
  **Property inspected by Co-Appraiser**  ☐ Yes    ☐ No

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS

**Appraisal Institute Member Certify:**

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| Designated Appraisal Institute Member Certify: | Designated Appraisal Institute Member Certify: |
|---|---|
| • As of the date of this report, I ☒ have / ☐ have not completed the continuing education program of the Appraisal Institute. | • As of the date of this report, I ☒ have / ☐ have not completed the continuing education program of the Appraisal Institute. |

| APPRAISER: | CO-APPRAISER: |
|---|---|
| Signature  *Jeff Henderson* (signed) | Signature _____ |
| Name    Jeff Henderson | Name _____ |
| Report Date   9/27/12 | Report Date _____ |
| Trainee ☐   Licensed ☐   Certified Residential ☐   Certified General ☒ | Trainee ☐   Licensed ☐   Certified Residential ☐   Certified General ☐ |
| License #  St.Cert.Res.REA/RD451    State FL | License # _____  State _____ |
| Expiration Date  11/30/2012 | Expiration Date _____ |

\* **NOTICE:** The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

AI Reports® AI-900.03 Assumptions and Limiting Conditions/Certification      © Appraisal Institute 2008, All Rights Reserved      December 2008